AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ARTHUR LEE GARRISON,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER:  **3:15-cv-00429-RCJ-WGC**

WARDEN RENEE BAKER,

      Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**_X_**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new action on the court's form for a complaint under 42 U.S.C. § 1983, with either the filing fee or a properly completed application to proceed *in forma pauperis*.

September 25, 2015                                          **LANCE S. WILSON**
                                                                           Clerk

                                                                           /s/ J. Cotter
                                                                           Deputy Clerk