UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARTHUR LEE GARRISON,

        Petitioner,                      3:15-cv-00429-RCJ-WGC

vs.                                   **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,              October 14, 2015

        Respondents.
_____/

PRESENT:
THE HONORABLE   ROBERT C. JONES   ,  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY      REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

    On September 25, 2015, the court entered an order and judgment dismissing this case because petitioner filed it nominally as a habeas proceeding under 28 U.S.C. § 2254 when it is clear that the more appropriate avenue for the relief he seeks is an action under 42 U.S.C. § 1983. ECF Nos. 5 and 6. Pursuant to that order, the Clerk provided the petitioner with the forms necessary to file a civil rights complaint under § 1983. Apparently not understanding that his § 1983 action must be brought as **new** case, petitioner has filed, under this case number, a motion for leave to proceed *in forma pauperis* and a motion to extend his prison copy work limit. ECF Nos. 10 and 11.

    To hopefully avoid further confusion, petition is instructed as follows. This action is **CLOSED**. Any further proceedings must be initiated as a **NEW** case. If he chooses to pursue relief from this court, petitioner must file a § 1983 complaint (on the court's approved form) and

either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. The complaint and any accompanying motion will be assigned a new case number by the Clerk.

**IT IS THEREFORE ORDERED** that petitioner's motions (ECF Nos. 7 – 11) are DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a Section 1983 complaint form, one copy of the instructions for each form, and a copy of the motions docketed herein as ECF No. 10 and 11.

                                    LANCE S. WILSON, CLERK

                                    By:  \_\_\_/s/ James R. Barkley_____
                                           Deputy Clerk