UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ARTHUR LEE GARRISON,

        Petitioner,           3:15-cv-00429-RCJ-WGC

vs.           **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,        November 6, 2015

        Respondents.
_____/

PRESENT:
THE HONORABLE   ROBERT C. JONES   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY       REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

    On September 25, 2015, the court entered an order and judgment dismissing this case because petitioner filed it nominally as a habeas proceeding under 28 U.S.C. § 2254 when it is clear that the more appropriate avenue for the relief he seeks is an action under 42 U.S.C. § 1983. ECF Nos. 5 and 6. Pursuant to that order, the Clerk provided the petitioner with the forms necessary to file a civil rights complaint under § 1983. Despite being advised in at least two previous orders that a § 1983 action must be brought as **new** case, petitioner has filed yet another motion and has submitted what appears to be an attempted partial payment of a filing fee, both under the above-captioned case number. ECF Nos. 14 and 15.

    Once again, petition is instructed as follows. This action is **CLOSED**. Any further proceedings must be initiated as a **NEW** case. If he chooses to pursue relief from this court, petitioner must file a § 1983 complaint (on the court's approved form) and either pay the filing

fee or file a motion for leave to proceed *in forma pauperis*.   The complaint and any accompanying motion will be assigned a new case number by the Clerk.

    **IT IS THEREFORE ORDERED** that petitioner's motion (ECF No. 14) is DENIED as moot.

    **IT IS FURTHER ORDERED** that the finance department of this court shall refund to the petitioner the money received from him on November 6, 2015 – i.e., $6.67.

                                          LANCE S. WILSON, CLERK

                                          By:    /s/ James R. Barkley
                                                    Deputy Clerk