# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTHUR LEE GARRISON,

    *Petitioner*,

vs.

RENEE BAKER, et al.,

    *Respondents*.

3:15-cv-00429-RCJ-WGC

ORDER

On September 25, 2015, the court entered an order and judgment dismissing this case because petitioner filed it nominally as a habeas proceeding under 28 U.S.C. § 2254 when it is clear that the more appropriate avenue for the relief he seeks is an action under 42 U.S.C. § 1983. ECF Nos. 5 and 6. Since that dismissal, the court has received at least two payments from the petitioner totaling $13.34, which is apparently an attempted partial payment of a filing fee. The court has neither authorized, nor required, the payment of such fees.

**IT IS THEREFORE ORDERED** that the finance department of this court shall refund to the petitioner all funds received from the petitioner in relation to this action.

Dated this __2nd__ day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE